UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-158 |
| | ) |
| MICHAEL KEITH TURNER | ) |

## MEMORANDUM AND ORDER

Now before the court is the parties' joint motion to continue trial. [Doc. 13]. Therein, the parties ask for a brief continuance of the February 4, 2020 trial date due to their ongoing plea negotiations.

The motion will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that failing to grant the motion would deny the defense reasonable time necessary for effective preparation should the parties' plea negotiations ultimately prove unsuccessful. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The motion to continue [doc. 13] is accordingly **GRANTED**. Trial is **CONTINUED** from February 4, 2020, to **Wednesday, March 11, 2020, at 9:00 a.m. in Knoxville**. The plea cutoff deadline is reset to February 24, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge